# Exhibit 1

| Link to Infringement Page | Original Source | Registration Status | Number of Subscribers | Number of Videos | Total Number of Views |
|---|---|---|---|---|---|
| https://www.youtube.com/watch?v=uXSYXdr4YtE | https://fb.watch/iVeo--UIHv/ | PA-2-360-287 | 336,000 | 281 | 204,545,537 |
| https://www.youtube.com/watch?v=8Nlaf2NZBtQ | https://youtu.be/kd6Lae_zNXc | PA 2-354-516 | 336,000 | 281 | 204,545,537 |
| https://youtu.be/Q8W8clxQDWo?t=66 | https://fb.watch/iVeP42mKLo/ | Not Registered | 336,000 | 281 | 204,545,537 |