# Exhibit 1

| Link to Infringement | Original Source | Registration Status | Title of Work | Author | CMI Claim | False Counternotice Claim |
|---|---|---|---|---|---|---|
| https://www.youtube.com/watch?v=uXSYXdr4YtE&ab_channel=NAWeather | https://fb.watch/iVeo--UIHv/ | PA-2-360-287 | 04292022_ANDOVER DRONE FOOTAGE | Reed Timmer | Y | Y |
| https://www.youtube.com/watch?v=8NIaf2NZBtQ | https://youtu.be/kd6Lae_zNXc | PA 2-354-516 | 3-21-2022 Elgin Tx tornado- Dashcam. | Brian Emfinger | Y | Y |
| https://youtu.be/Q8W8clxQDWo?t=66 | https://fb.watch/iVeP42mKLo/ | Not Registered | CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20 | Reed Timmer | Y | N/A |